In the Matter of RUTH NORDLING, Respondent, against CITY OF NEW YORK, Appellant.— The order appealed from granting claimant-respondent's motion to file notice of claim against the City of New York after the expiration of the statutory period unanimously reversed, with $20 costs and disbursements to defendant-appellant, and the motion denied. (See *Matter of Martin* v. *School Bd.* [*Long Beach*], 301 N. Y. 233, 238, 239, and *Matter of Moore* v. *City of New York*, 302 N. Y. 563.) Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of W. S. PONTON, INC., et al., Appellants, for an Order Restraining Arbitration. UNITED OFFICE AND PROFESSIONAL WORKERS OF AMERICA, LOCAL 16, Respondent. In the Matter of NORMA ARONSON, as President of Greater New York Local, United Office and Professional Workers of America, Now Known as Local 14 of District 65, Respondent, for an Order Compelling W. S. PONTON, INC., et al., Appellants, and W. S. PONTON OF NEW YORK, INC., Respondent, to Proceed to Arbitration.— Without ruling upon the extent of the application of *Matter of Levisohn Corp.* (*Joint Bd. of Cloak, etc., Union*) (299 N. Y. 454), we think the disposition made at Special Term was correct. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., concurs in affirmance.

MANOCRAFT CLOTHES, INC., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment unanimously reversed, with costs of this appeal to the appellant, and the complaint dismissed upon the ground that the failure to maintain a watchman as prescribed by the policy, while the premises were not open for business, was a bar to recovery, and judgment is directed to be entered dismissing the complaint herein, with costs. Present — Peck P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.